## 9759

### POWELL v. COBB.

#### (93 S. E. 191.)

1. APPEAL AND ERROR—REVIEW—FINDINGS.—A finding of fact in the Circuit Court in any appeal from the magistrate's Court will not be disturbed by the Supreme Court where there is any evidence to sustain such finding.

2. MAGISTRATES—APPEAL—STATEMENT OF CONCLUSIONS OF LAW.—Where findings of fact in a magistrate's Court were concurred in and affirmed by the Circuit Court on appeal, the Circuit Judge was not required "to state his conclusions of the law, together with a concise statement of facts, separately."

Before HON. W. P. GREENE, special Judge, Edgefield.

Action by Frank B. Powell, by his guardian *ad litem*, against Mrs. Elizabeth C. Cobb. From a judgment of the Court of Common Pleas affirming a judgment of the magistrate's Court for plaintiff, defendant appeals.

*Messrs. P. B. Mayson* and *S. M. Smith,* for appellant, cite: *As to the judgment on appeal in Circuit Court:* Code Civ. Proc. 383. *Lack of evidence to support judgment:* 44 S. E. 385. *Fraud:* 3 Pom. Eq. Juris., sec. 1415; 88 S. E. 537; 19 S. C. 385; 20 S. C. 507, 508; 60 S. E. 522.

504                    POWELL *v.* COBB.

*Mr. S. McG. Simkins,* for respondent, cites: *As to pro-ceedings on appeal in Circuit Court:* Code Civ. Proc., sec. 397. *In Supreme Court:* 103 S. C. 95 and 424; 100 S. C. 443; 62 S. C. 405; 74 S. C. 367. *Findings of fact conclu-sive:* 101 S. C. 429; 73 S. C. 198; 103 S. C. 200; 73 S. C. 296; 94 S. C. 40; 95 S. C. 437; 100 S. C. 308.

July 13, 1917.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

This is an appeal from a judgment of the Court of Common Pleas affirming a judgment of the magistrate's Court rendered in favor of the plaintiff against the defendant for $65.

The exceptions complain of error in sustaining the facts found by the magistrate's Court by his Honor, the Circuit Judge, and falure on the part of the Circuit Judge "to state conclusions of the law, together with concise statement of the facts, separately."

The finding of fact in the Circuit Court in any appeal from magistrate's Court will not be disturbed by this Court where there is any evidence to sustain that finding. In the case at bar the finding of facts in the magistrate's Court were concurred in and affirmed by the Circuit Court.

We know of no law requiring the Circuit Judge in an appeal from magistrate's Court "to state his conclusions of the law, together with a concise statement of facts, separately."

The exceptions in the case are overruled, and judgment affirmed.